'O'

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC.;<br><br>              Plaintiff,<br><br>vs.<br><br>DIF GROUP, INC. d/b/a Love Delirious Los Angeles, a Business Entity of Unknown Form; VINTED, INC., a Delaware Corporation; and DOES 1 through 10,<br><br>              Defendants.<br>_____ | No. 2:17-cv-00825-CAS(ASx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO DIF GROUP, INC. INDIVIDUALLY AND D/B/A LOVE DELIRIOUS LOS ANGELES** |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A judgment in the amount of $32,864.28 is hereby GRANTED and ENTERED against DIF GROUP, INC. individually and d/b/a Love Delirious Los Angeles, a Business Entity of Unknown Form, and in favor of UNIVERSAL DYEING & PRINTING, INC., along with interest in the amount prescribed by statute.

IT IS SO ORDERED.

DATED: March 28, 2018

_Christine A. Snyder_
Honorable Christina A. Snyder
UNITED STATES DISTRICT COURT